1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10                             **FRESNO DIVISION**

| MICHAEL LUCHINI, on behalf of himself and classes of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CarMax, Inc.; CarMax Auto Superstores, Inc.; and CarMax Auto Superstores California, LLC,<br><br>Defendants. | Case No. 1:12 CV 00417-LJO-DLB<br><br>**STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br><br>Date:            N/A<br>Time:           N/A<br>District Judge:    Hon. Lawrence J. O'Neill<br>Magistrate Judge: Hon. Dennis L. Beck |
|---|---|

PLEASE TAKE NOTICE that Plaintiff Michael Luchini ("Plaintiff"), and Defendants CarMax, Inc., CarMax Auto Superstores, Inc. and CarMax Auto Superstores California LLC (collectively, "CarMax"), have entered into the following stipulation:

## RECITALS

WHEREAS, Exhibit A to Plaintiff's "NOTICE OF CONSENT TO JOIN FORMS (w/Ex. A)" ("Notice"), Docket Number 9, inadvertently included attorney-client privileged communications;

WHEREAS, Plaintiffs filed a corrected version of the Notice, including a corrected version of Exhibit A that excludes the attorney-client privileged communications and contains no other substantive changes, as Docket Number 13; and

WHEREAS, CarMax has no objection to permanently removing the document filed under Docket Number 9 from the ECF docket in the above-captioned case.

## STIPULATION

The Notice filed as Docket Number 9 shall be permanently removed from the ECF docket of the above-captioned case.

**IT IS SO STIPULATED:**

DATED: April 20, 2012        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Jahan C. Sagafi*
Jahan C. Sagafi

*Attorneys for Plaintiff and Proposed Class Members*

DATED: April 19, 2012        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jack S. Sholkoff* (as authorized on April 19, 2012)
Jack S. Sholkoff

*Attorneys for Defendants*

1  **GOOD CAUSE APPEARING IT IS ORDERED** that Plaintiff's "NOTICE OF CONSENT TO
2  JOIN FORMS (w/Ex. A)" ("Notice"), Docket Number 9 be STRICKEN from the Court's Docket.

5  IT IS SO ORDERED.

   Dated:   **April 23, 2012**              /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE