1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| MICHAEL LUCHINI, on behalf of himself and classes of those similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CarMax, Inc.; CarMax Auto Superstores, Inc.; and CarMax Auto Superstores California, LLC,<br><br>        Defendants. | Case No. 1:12-CV-00417-LJO-DLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO ALLOW LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: March 21, 2012<br>Trial Date:     None Set<br>Judge:        Hon. Lawrence J. O'Neill<br>Magistrate<br>Judge:        Hon. Dennis Beck |

12cv417.o.Stip to Ext Time to Ans

Case No.
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO ALLOW LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to the stipulation of counsel, and good cause appearing therefor, the Court hereby approves the parties' Joint Stipulation To Extend Time To Respond To Complaint And To Allow Leave To File Second Amended Complaint, and orders as follows:

1. Plaintiff may file a second amended complaint ("SAC") on or before May 29, 2012 exclusively to allege that Plaintiff has satisfied the requirements of California Labor Code section 2699.3.  This leave to amend the FAC applies only to Plaintiff's addition of allegations that he has satisfied the section 2699.3 requirements.  To add, delete, or change the allegations in the FAC in any other way, Plaintiff must get leave to amend through a separate stipulated or litigated order.

2. Defendants' time to file a responsive pleading in this action is extended until June 12, 2012.

3. The tolling period previously agreed to for claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, asserted by any plaintiff who opts in to this action extends to May 11, 2011 and no further.

IT IS SO ORDERED.

Dated:  **May 10, 2012**              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE