# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LUCHINI, | ) | 1:12cv0417 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST TO SEAL DOCUMENTS |
| v. | ) | |
| CARMAX, INC., et al., | ) | |
| Defendants. | ) | |

    On May 24, 2012, Plaintiff Michael Luchini filed a notice of request to seal documents. Plaintiff seeks to seal Exhibits A-E to the Declaration of Michael Luchini. Although Plaintiff indicates that CarMax preferred the that documents not be filed publically, neither Plaintiff nor Defendant has made the requisite showing under Local Rule 141.

    Accordingly, if Defendant wants the Exhibits A-E filed under seal, it SHALL submit additional briefing, including a declaration, demonstrating good cause pursuant to Local Rule 141. The additional briefing shall be filed by June 1, 2012.

    IT IS SO ORDERED.

    Dated:  **May 25, 2012**          **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE