JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:    213.239.9045

Attorneys for Defendants
CARMAX, INC., CARMAX AUTO SUPERSTORES, INC. AND CARMAX AUTO SUPERSTORES CALIFORNIA, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MICHAEL LUCHINI, on behalf of himself and classes of those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CarMax, Inc.; CarMax Auto Superstores, Inc.; and CarMax Auto Superstores California, LLC,<br><br>　　　　　Defendants. | Case No. 1:12cv00417 LJO DLB<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Complaint Filed:  March 21, 2012<br>Trial Date:        None Set<br>Judge:             Hon. Lawrence J. O'Neill<br>Mag. Judge:     Hon. Dennis L. Beck |

# **ORDER**

This matter came before the Court on Plaintiff's Request to Seal Exhibits A through E to the Declaration of Michael Luchini filed in support of Plaintiff's Motion for Class Certification on May 24, 2012. Defendants CarMax, Inc., CarMax Auto Superstores, Inc. and CarMax Auto Superstores California LLC submitted a Response to Plaintiff's Request to Seal on June 1, 2012. After full consideration of the pleadings and the authorities submitted by counsel and having reviewed the Exhibits, the Court finds good cause to seal the documents.

Accordingly, IT IS HEREBY ORDERED that pursuant to Local Rule 141, the request to seal is GRANTED. The Court ORDERS that Exhibits A through E of the declaration of Michael Luchini filed in support of Plaintiff's Motion for Class Certification BE FILED UNDER SEAL. The Clerk shall maintain these Exhibits under seal.

Dated:  June 4, 2012                    /s/ Dennis L. Beck
                                                       Dennis L. Beck
                                                       United States Magistrate Judge