# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCHINI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CARMAX, INC., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 12-0417 LJO DLB<br><br>**ORDER ON DEFENDANTS' MOTIONS TO DISMISS AND TO STAY**<br>(Doc. 50.) |

On May 9, 2012, defendants filed their motion to change venue of this action to the U.S. District Court, Eastern District of Virginia. On June 6, 2012, defendants filed their combined motion to dismiss and to stay. This Court's chambers informed defense counsel that this Court will not entertain defendants' combined motion to dismiss and to stay until a final decision is reached on the motion to change venue. As such, this Court VACATES the July 26, 2012 hearing on defendants' combined motion to dismiss and stay and will not consider the motion at this time. After a final decision on the motion to change venue, defendants may reset, if venue remains with this Court, the combined motion to dismiss, giving no less than 28 days notice as required by Local Rule 230(b). Plaintiff need not respond to the combined motion to dismiss and to stay until reset pursuant to this or another order of this Court. **This Court ADMONISHES defense counsel of potential liability under 28 U.S.C. § 1927 and other authorities.**

IT IS SO ORDERED.

Dated:  June 6, 2012                          /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE