1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCHINI,            ) | 1:12cv0417 LJO DLB |
|                             ) | |
| Plaintiff,                  ) | ORDER GRANTING DEFENDANTS' |
|                             ) | EX PARTE REQUEST IN PART |
| v.                          ) | |
|                             ) | (Document 58) |
| CARMAX, INC., et al.,       ) | |
|                             ) | |
| Defendants.                 ) | |

    On June 27, 2012, Defendants CarMax, Inc., CarMax Auto Superstore, Inc. and CarMax Auto Superstores California, LLC. ("Defendants"), filed an ex parte request to stay discovery pending the outcome of the motion to dismiss.

    For good cause appearing, the Court GRANTS the request IN PART. The Court denies Defendants' request to stay all discovery, but grants Defendants an extension of time within which to respond. Defendants shall respond to Plaintiff's June 1, 2012, written discovery requests within two weeks of the date of the Court's order on the pending motion to dismiss. Plaintiff shall also renotice the F.R.C.P. 30(b)(6) deposition after the Court's motion to dismiss ruling.

    IT IS SO ORDERED.

   Dated: **June 29, 2012**           /s/ **Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE