**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MICHAEL LUCHINI, on behalf of himself and classes of those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CarMax, Inc.; CarMax Auto Superstores, Inc.; and CarMax Auto Superstores California, LLC,<br><br>　　　　　Defendants. | Case No. CV-00417-LJO-DLB<br><br>**ORDER GRANTING JOINT STIPULATION TO (1) CONTINUE HEARING ON PLAINTIFF'S RENEWED MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION, AND (2) TOLL STATUTE OF LIMITATIONS**<br><br>Complaint Filed:　March 21, 2012<br>Trial Date:　　　　None Set<br>Judge:　　　　　　Hon. Lawrence J. O'Neill<br>Magistrate<br>Judge:　　　　　　Hon. Dennis Beck |

Case No. _____

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO (1) CONTINUE HEARING ON PLAINTIFF'S RENEWED MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION, AND (2) TOLL STATUTE OF LIMITATIONS

12cv417.o.stip Cont Hrg

Pursuant to the stipulation of counsel, and good cause appearing therefor, the Court hereby approves the parties' Joint Stipulation To (1) Continue Hearing On Plaintiff's Renewed Motion For Conditional FLSA Collective Active Certification, And (2) Toll Statute Of Limitations, and orders as follows:

1.  The hearing on Plaintiff's Renewed Motion for Conditional FLSA Collective Action Certification is continued from July 27, 2012 to October 5, 2012.  Defendants' response shall be due either twenty-one (21) days after the Court rules on Defendants' Motion To Dismiss Or Stay or on September 14, 2012, whichever is earlier.  Plaintiff's reply shall be due fourteen (14) days after the deadline for Defendants' response.

2.  The statute of limitations applicable to claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, asserted by any plaintiff who opts in to this action after July 27, 2012 is tolled between July 27, 2012 and October 5, 2012.

DATED:  12 July 2012              /s/ *Dennis L. Beck*

                                                    Hon. Dennis L. Beck
                                                    United Stated Magistrate Judge

12734073.1 (OGLETREE)

1    Case No. _____

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO (1) CONTINUE HEARING ON PLAINTIFF'S RENEWED MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION, AND (2) TOLL STATUTE OF LIMITATIONS

12cv417.o.stip Cont Hrg

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 400 S. Hope Street, Suite 1200, Los Angeles, California 90071.

    On July 10, 2012 , I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO (1) CONTINUE HEARING ON PLAINTIFF'S RENEWED MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION, AND (2) TOLL STATUTE OF LIMITATIONS**

With the Clerk of the United States District Court of Eastern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Kelly M. Dermody, Esq.<br>Jahan C. Sagafi, Esq.<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339 | Counsel for Plaintiff Michael Luchini and Class Members |

Telephone: (415) 956-1000

Facsimile:  (415) 956-1008

☒    (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on July 10, 2012, at Los Angeles, California.

Connie Ray

_____    _____
Type or Print Name    Signature

12734073.1 (OGLETREE)

1