IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCHINI, | CASE NO. CV F 12-0417 LJO DLB |
| Plaintiff, | **ORDER FOR STATUS REPORTS** |
| vs. | (Doc. 7750.) |
| CARMAX, INC., et al., | |
| Defendants. | |

Given the parties' settlement discussions and the stay of this action, this Court ORDERS the parties, no later than October 31, 2012 and every 60 days thereafter, to file a joint status report to address developments regarding settlement and arbitration of plaintiff's individual claims and the need to continue the stay of this action.

IT IS SO ORDERED.

**Dated:   September 25, 2012**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1