IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCHINI, | CASE NO. CV F 12-0417 LJO DLB |
| Plaintiff, | **ORDER TO CONTINUE STAY AND FOR STATUS REPORT** |
| vs. | (Doc. 79.) |
| CARMAX, INC., et al., | |
| Defendants. | |

This Court has reviewed the parties' October 31, 2012 status report. Given the Ninth Circuit's en banc rehearing of *Kilgore v. KeyBank, Nat. Ass'n*, 673 F.3d 947 (9th Cir. 2012), this Court:

1. CONTINUES the stay of this action in interests to preserve the parties' resources;
2. DENIES defendants' request to order plaintiff to initiate arbitration within 15 days; and
3. ORDERS the parties, no later than December 31, 2012, to file to file a joint status report to address the status of the *Kilgore* en banc decision, need to continue stay of this action, and whether plaintiff should initiate arbitration of plaintiff's individual claims or dismiss this action.

IT IS SO ORDERED.

Dated:   November 1, 2012                     /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1