IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCHINI,<br><br>              Plaintiff,<br><br>    vs.<br><br>CARMAX, INC., et al.,<br><br>              Defendants.<br>_____/ | CASE NO. CV F 12-0417 LJO DLB<br><br>**FURTHER ORDER TO CONTINUE STAY AND FOR STATUS REPORT**<br>(Doc. 81.) |

This Court has reviewed the parties' December 21, 2012 status report. Given the status report and the Ninth Circuit's anticipated decision in *Kilgore v. KeyBank, Nat. Ass'n*, 673 F.3d 947 (9th Cir. 2012), this Court:

1.   CONTINUES the stay of this action in interests to preserve the parties' resources; and

2.   ORDERS the parties, no later than 14 days after issuance of the *Kilgore* decision, to file to file a joint status report to address the need to continue stay of this action and whether plaintiff should initiate arbitration of plaintiff's individual claims or dismiss this action.

IT IS SO ORDERED.

Dated:   December 21, 2012            /s/  Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE