1  Kelly M. Dermody (Cal. Bar No. 171716)
   Jahan C. Sagafi (Cal. Bar No. 224887)
2  LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile:  (415) 956-1008
5  E-Mail: kdermody@lchb.com
   E-Mail: jsagafi@lchb.com
6
   *Attorneys for Plaintiffs and Class Members*
7
   Jack S. Sholkoff (Cal Bar No. 145097)
8  Christopher W. Decker (Cal Bar No. 229426)
   OGLETREE, DEAKINS, NASH, SMOAK &
9    STEWART, P.C
   400 South Hope Street, Suite 1200
10 Los Angeles, CA  90071
   Telephone: (213) 239-9800
11 Facsimile:  (213) 239-9045
   E-Mail: jack.sholkoff@ogletreedeakins.com
12 E-Mail: christopher.decker@ogletreedeakins.com

13 *Attorneys for Defendants*

14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MICHAEL LUCHINI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARMAX, INC.; CARMAX AUTO SUPERSTORES, INC.; and CARMAX AUTO SUPERSTORES CALIFORNIA, LLC.<br><br>Defendants. | Case No.  CV-00417-LJO-SAB<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u>** |

The parties hereby stipulate as follows:

WHEREAS, on March 21, 2012, Plaintiff Michael Luchini ("Plaintiff") filed his Complaint in this action;

WHEREAS, on April 24, 2012, Plaintiff filed his First Amended Complaint;

WHEREAS, on May 29, 2012, Plaintiff filed his Second Amended Complaint;

WHEREAS, on July 23, 2012, this Court granted the motion to compel arbitration brought by Defendants CarMax, Inc., CarMax Auto Superstores, Inc., and CarMax Auto Superstores California, LLC ("CarMax"), compelling Mr. Luchini to proceed in arbitration on an individual basis (Docket No. 70);

WHEREAS, since that time, the case has been stayed, and the parties have submitted periodic status reports to the Court regarding the possibility of Mr. Luchini pursuing arbitration, the parties pursuing settlement discussions, and the relevance of the Ninth Circuit's decision on April 11, 2013 in *Kilgore v. KeyBank Nat. Ass'n.*, Nos. 09-16703 & 10-15934, ___ F.3d ___, 2013 U.S. App. LEXIS 7312, 2013 WL 1458876 (9th Cir. 2013) (*en banc*);

WHEREAS, on May 21, 2013, the parties filed a further status report noting their agreement to seek voluntary dismissal of Plaintiff's claims with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), so that the Court may enter judgment and the Plaintiff may appeal the Court's arbitration order; and

WHEREAS, on May 23, 2013, the Court ordered the parties to file dismissal documents within 14 days (Docket No. 87).

The parties respectfully request that the Court dismiss Plaintiff's claims with prejudice, with the parties to bear their own costs, and enter the [Proposed] Final Judgment attached hereto as Exhibit A.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: June 6, 2013 | By: | /s/ *Jahan C. Sagafi* |
| | | Jahan C. Sagafi |

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

*Attorneys for Plaintiffs and proposed Class members*

| | | |
|---|---|---|
| Dated: June 6, 2013 | By: | /s/ *Christopher W. Decker* |
| | | Christopher W. Decker |

Jack S. Sholkoff (Cal Bar No. 145097)
Christopher W. Decker (Cal Bar No. 229426)
OGLETREE, DEAKINS, NASH, SMOAK &
 STEWART, P.C
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045
E-Mail: jack.sholkoff@ogletreedeakins.com
E-Mail: christopher.decker@ogletreedeakins.com

*Attorneys for Defendants*

**ORDER**

This Court DISMISSES with prejudice plaintiff's claims pursuant to the parties' above stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: **June 7, 2013**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE