UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MICHAEL LUCHINI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARMAX, INC.; CARMAX AUTO SUPERSTORES, INC.; and CARMAX AUTO SUPERSTORES CALIFORNIA, LLC.<br><br>Defendants. | Case No.  CV F 12-0417-LJO-SAB<br><br>**FINAL JUDGMENT** |

1  WHEREAS, on March 21, 2012, Plaintiff Michael Luchini ("Plaintiff") filed his Complaint in this action;

WHEREAS, on April 24, 2012, Plaintiff filed his First Amended Complaint;

WHEREAS, on May 29, 2012, Plaintiff filed his Second Amended Complaint;

WHEREAS, on July 23, 2012, this Court granted the motion to compel arbitration brought by Defendants CarMax, Inc., CarMax Auto Superstores, Inc., and CarMax Auto Superstores California, LLC ("CarMax"), compelling Mr. Luchini to proceed in arbitration on an individual basis (Docket No. 70); and

WHEREAS, on June 6, 2013, the parties filed a stipulation requesting that the Court dismiss Plaintiff's claims with prejudice, with the parties to bear their own costs.

This Court hereby enters final judgment in favor of Defendants on all causes of action asserted by Plaintiff in the operative Second Amended Complaint, and dismisses it with prejudice, with the parties bearing their own costs, in accordance with the terms of the parties' stipulation.  This Final Judgment binds the parties and all individuals who have opted into the case pursuant to 29 U.S.C. § 216(b).

IT IS SO ORDERED.

Dated:  **June 7, 2013**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE